1 | Michael P. Obert, Jr. SB# 022962
Michael.Obert@lewisbrisbois.com
2 | Bruce C. Smith, SB# 011721
Bruce.Smith@lewisbrisbois.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
4 | 2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
5 | Telephone: 602.385.1040
Facsimile: 602.385.1051
6 | *Attorneys for Defendant RJM Acquisitions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Christopher,<br><br>          Plaintiff,<br><br>     vs.<br><br>RJM Acquisitions, LLC,<br><br>          Defendant. | No. CV-13-2274-PHX-JAT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant RJM ACQUISITIONS, LLC appeals to the United States Court of Appeals for the Ninth Circuit the judgment entered by the district court on February 3, 2015.

DATED this 5th day of March, 2015.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By   /s/ Bruce C. Smith
Michael P. Obert Jr.
Bruce C. Smith
Attorneys for RJM Acquisitions, LLC

4837-7654-8130.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, I electronically transmitted the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Janet Jones
33294-33

Michael P. Obert, Jr. SB# 022962
Michael.Obert@lewisbrisbois.com
Bruce C. Smith, SB# 011721
Bruce.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant RJM Acquisitions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Christopher,<br><br>           Plaintiff,<br><br>     vs.<br><br>RJM Acquisitions, LLC,<br><br>           Defendant. | No. CV-13-2274-PHX-JAT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant RJM ACQUISITIONS, LLC appeals to the United States Court of Appeals for the Ninth Circuit the judgment entered by the district court on February 3, 2015.

DATED this 5th day of March, 2015.

                                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                    By    /s/ Bruce C. Smith
                                            Michael P. Obert Jr.
                                            Bruce C. Smith
                                            Attorneys for RJM Acquisitions, LLC

4837-7654-8130.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, I electronically transmitted the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Janet Jones
33294-33

4837-7654-8130.1

2